THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MOLITA WOODLEY,

   Plaintiff,

v.          3:18-CV-213
            (JUDGE MARIANI)

U.S. BANK NATIONAL ASSOCIATION,

   Defendant.

## ORDER

AND NOW, THIS 30th DAY OF MAY, 2018, upon review of Magistrate Judge Mehalchick's Report & Recommendation, (Doc. 10), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation ("R&R"), (Doc. 10), is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Motion to proceed *in forma pauperis*, (Doc. 3), is **GRANTED**.

3. Plaintiff's Complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE** with respect the claims asserted against Judge Zulick.

4. The remainder of Plaintiff's Complaint, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**.

5. Plaintiff **MAY FILE** an Amended Complaint within **thirty (30) days** of the date of this Order. Any such amendment shall comply with the instructions provided on page fourteen of the R&R.

6. Plaintiff's remaining pending motions, (Docs. 8, 9) are **DISMISSED AS MOOT**.

7. The case is **REMANDED** to Magistrate Judge Mehalchick for further proceedings consistent with this Order.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge