THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MOLITA WOODLEY

    Plaintiff,

v().                                                         :   3:18-CV-213
                                                             :   (JUDGE MARIANI)
U.S. BANK NATIONAL ASSOCIATION,
As indenture trustee for Sasco
Mortgage Loan Trust 2004-GEL3

    Defendants.

## ORDER

**AND NOW, THIS** \_\_\_30th\_\_\_ **DAY OF OCTOBER, 2020**, upon *de novo* review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 13), and Molita Woodley's Objections thereto (Doc. 14), **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 13) is **ADOPTED** for the reasons stated therein.

2. Molita Woodley's Objections (Doc. 14) are **OVERRULED**.

3. Molita Woodley's Amended Complaint (Doc. 12), titled "Amended Appeal to the United States Middle District of Pa.", is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine.[1]

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge

---

[1] The Court further agrees with Magistrate Judge Mehalchick that this Complaint is subject to dismissal with prejudice on the basis that it fails to comply with Fed. R. Civ. P. 8 and fails to state a claim upon which relief can be granted. However, because jurisdiction is a threshold issue, the Court primarily adopts the R&R on the basis that it does not have subject matter jurisdiction over this action.